

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-01036-CV

**IN RE PEDRO RODRIGUEZ**

Original Proceeding[1]

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
                 Luz Elena D. Chapa, Justice
                 Lori I. Valenzuela, Justice

Delivered and Filed: December 27, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On November 30, 2023, relator Pedro Rodriguez filed a petition for writ of mandamus. After considering the petition and record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on November 30, 2023 is lifted.

PER CURIAM

---

[1]This proceeding arises out of Cause No. CC-16-60, styled *In the Matter of the Marriage of Veronica Rodriguez and Pedro Rodriguez and In the Interest of Pedro Rodriguez III*, pending in the County Court at Law, Starr County, Texas, the Honorable Orlando Rodriguez presiding.